IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------ :
UNITED STATES OF AMERICA,    : CASE NO. 4:03 CR 0137-1
                             :
                  Plaintiff, :
                             :
         -vs-                : ORDER ADOPTING REPORT AND
                             : RECOMMENDATION
LEBRON BUNKLEY, JR.,         :
                             :
                  Defendant. :
------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter was referred to United States Magistrate Judge George J. Limbert for a supervised release violation hearing for the purpose of returning a Report and Recommendation (R&R), pursuant to 28 U.S.C. § 636(b)(1)(B). Following a hearing in which Mr. Bunkley was represented by counsel, Magistrate Judge Limbert returned a recommendation that the defendant knowingly and voluntarily admitted the supervised release violations presented in the violations report. (Doc. 126).

Neither party objected to Magistrate Judge Limbert's R&R. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, this Court shall, hereby, adopt the Report and Recommendation finding Mr. Bunkley has violated the terms of his supervised release and impose a period of incarceration of 1 year and 1 day in the custody of the U.S. Marshal to be served consecutively to his state sentence, followed by no term of supervised release.

IT IS SO ORDERED.

                                              /s/Lesley Wells  
                                        UNITED STATES DISTRICT JUDGE

Date: 17 January 2012